## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 106 MM 2019

            Respondent           :

                v.          :

DANIEL CASEY,                 :

            Petitioner          :

COMMONWEALTH OF PENNSYLVANIA,   :

            Respondent           :

                v.          :

BRENDAN PATRICK YOUNG,      :

            Petitioner          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of January, 2020, the "Joint Petition for Leave of Court to File the Petition for Review *Nunc Pro Tunc*" is GRANTED. Counsel are DIRECTED to file the already-prepared Petition for Review within 15 days.